**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **ARCHIE GIBSON,** | ) |
| Plaintiff, | ) Case No. CV 10-1180 AJW |
| v. | ) **J U D G M E N T** |
| **MICHAEL J. ASTRUC,** **Commissioner of the Social Security Administration,** | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

April 18, 2011

_____
ANDREW J. WISTRICH
United States Magistrate Judge